UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 11-30365 |
| Plaintiff, | Original District No. 11-340 |
| v. | |
| SALEM ALSHDAIFAT, | FILED JUL 13 2011 CLERK'S OFFICE DETROIT |
| Defendant. | |

## GOVERNMENT'S PETITION FOR TRANSFER OF DEFENDANT TO ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **SALEM ALSHDAIFAT** to answer to charges pending in another federal district, and states:

1. On **July 13, 2011**, defendant was arrested in the Eastern District of Michigan in connection with a federal arrest warrant issued in the **Eastern District of New York based on an Indictment**. Defendant is charged in that district with **Conspiracy to Smuggle Goods Into the United States and False Statements, in violation of Title 18, United States Code Sections 371 and 545.**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above. *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government request this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

BARBARA MCQUADE
United States Attorney

SARA WOODWARD
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: July 13, 2011