EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

SALEM ALSHDAIFAT
        Defendant.

CRIMINAL NO. 11-30365

FILED
JUL 13 2011
CLERK'S OFFICE
DETROIT

## APPEARANCE

TO THE CLERK OF COURT:

Please enter my appearance as attorney on behalf of defendant SALEM ALSHDAIFAT in the above-entitled case.

CHRISTOPHER A. ANDREOFF
Name (please print)

_[signature]_
Signature

Suite 2500, 27777 Franklin Road
Address

Southfield    Mich    48034
City    State    Zip Code

248, 351-3000
Telephone No.

10193
P Number

PLEASE CHECK THE APPROPRIATE BOX  ☒ Retained   ☐ CJA Appointment

DATED: 7/13/11

(Rev. 11/98)