# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 11-30365 |
| Salem Alshdaifat | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

**F I L E D**
JUL 1 3 2011
CLERK'S OFFICE
DETROIT

A detention hearing in this case is scheduled as follows:

| Place: 231 W. Lafayette<br>Detroit, MI 48226 | Courtroom No.: 114 |
|---|---|
| | Date and Time: 7/14/2011 |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 7/13/2011

_____
*Judge's signature*

Magistrate Judge R. Steven Whalen
*Printed name and title*