UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

                                      Case No. 11-30365
                                      Originating No. 11-340
                                      Hon. Steven Whalen

SALEM ALSHDAIFAT,

    Defendant.
_____/

Sara D. Woodward
Assistant United States Attorney
231 W. Lafayette, Ste. 2000
Detroit, MI 48226
(313) 226-9100
sara.woodward@usdoj.gov

Christopher A. Andreoff (P10193)
Jaffe, Raitt, Heuer & Weiss, P.C.
*Attorneys for Defendant Salem Alshdaifat*
27777 Franklin Road, Suite 2500
Southfield, MI 48034
(248) 351-3000
candreoff@jaffelaw.com

## INDEX OF EXHIBITS TO BRIEF IN SUPPORT OF BOND

| Exhibit | Description |
|---|---|
| 1 | Canada Border Services Agency website posting |
| 2 | Canadian Police Information Center overview |
| 3 | Canada Border Services Agency confirmation |
| 4 | U.S. Customs and Border Protection Inspector's Field Manual Excerpt |
| 5 | Docket Sheet and Complaint (New York case) |
| 6 | Release Order |
| 7 | Release Order |