# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

FILED
JUL 15 2011
CLERK'S OFFICE
DETROIT

United States of America )
v. )
Salem Alshdaifat )  Case No. 11-30365
)
)

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate any federal, state or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.

(3) The defendant must immediately advise the court, defense counsel, and the U.S. attorney in writing before any change in address or telephone number.

(4) The defendant must appear in court as required and must surrender to serve any sentence imposed

The defendant must appear at *(if blank, to be notified)*:
U.S. District Court - E.D. NY (Brooklyn)
*Place*
on To be set following Government's Appeal to Court in New York
*Date and Time*

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released on condition that:

☒ (5) The defendant promises to appear in court as required and surrender to serve any sentence imposed.

☒ (6) The defendant executes an unsecured bond binding the defendant to pay to the United States the sum of One hundred thousand dollars ($ 100,000 ) in the event of a failure to appear as required or surrender to serve any sentence imposed.

AO 199 (EDMI 10/10) Order Setting Conditions of Release                              Page ___ of ___

## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not by itself reasonably assure the defendant's appearance and the safety of other persons or the community, IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

☒ (7) The defendant is placed in the custody of **his wife, Vincenza Alshadaifat**
     (See separate Agreement to Assume Custody of the Defendant).

☒ (8) The defendant must:
   ☒ (a) report, as directed, to:
        ☒ Pretrial Services
        ☐ Probation Department
   ☐ (b) execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property: _____
   ☐ (c) post with the court the following proof of ownership of the designated property, or the following amount or percentage of the above-described sum _____.
   ☐ (d) execute a bail bond with solvent sureties in the amount of $ _____.
   ☐ (e) maintain or actively seek employment.
   ☐ (f) maintain or commence an education program.
   ☐ (g) I agree not to apply for or enter into any loan or other credit transaction without the previous written permission of the Pretrial Services Officer.
   ☒ (h) surrender any passport to: **Pretrial Services (and other travel documents)**
   ☒ (i) obtain no passport.
   ☒ (j) abide by the following restrictions on personal association, place of abode, or travel:
        ☐ Travel restricted to the Eastern District of Michigan
        ☐ Travel restricted to the State of Michigan
        ☒ Travel restricted to: **E/D MI + E/D NY**
        unless I have the previous consent of the supervising officer or the Court.
   ☒ (k) avoid all contact, directly or indirectly, with any person who is or may become a victim or potential witness in the investigation or prosecution, including but not limited to:
        ☐ List to be provided by U.S. Attorney;
        ☐ Other persons: _____
   ☐ (l) undergo medical or psychiatric treatment as directed.
   ☐ (m) return to custody each (week) day at _____ o'clock after being released each (week) day at _____ o'clock for employment, schooling, or the following purpose(s): _____.
   ☐ (n) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
   ☐ (o) refrain from possessing a firearm, destructive device, or other dangerous weapons.
   ☐ (p) refrain from:
        ☐ any use of alcohol
        ☐ excessive use of alcohol.
   ☒ (q) refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

**WHITE COPY – COURT    YELLOW – DEFENDANT    GREEN – PRETRIAL SERVICE    BLUE – U.S. ATTORNEY    PINK – U.S. MARSHAL**

AO 199 (EDMI 10/10) Order Setting Conditions of Release                                          Page ____ of ____

☒ (r)  submit to any testing required by the pretrial services office or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which is (are) required as a condition of release.

☒ (s)  participate in a program of inpatient or outpatient substance abuse therapy and counseling if the pretrial services office or supervising officer considers it advisable.

☒ (t)  participate in one of the following location monitoring program components and abide by its requirements as the pretrial services officer or supervising officer instructs.
  ☒ (i) **Curfew.** You are restricted to your residence every day:
    ☐ from _____ to _____, or
    ☒ as directed by the supervising officer; or
  ☐ (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the pretrial services office or supervising officer; or
  ☐ (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down except for medical necessities and court appearances or other activities specifically approved by the court.

☒ (u)  submit to the location monitoring indicated below and abide by all of the program requirements and instructions provided by the pretrial services officer or supervising officer related to the proper operation of the technology.
  ☐ The defendant must pay all or part of the cost of the program based upon your ability to pay as the pretrial services office or supervising officer determines.
    ☐ (i) Location monitoring technology as directed by the pretrial services office or supervising officer;
    ☐ (ii) Radio Frequency (RF) monitoring;
    ☒ (iii) Passive Global Positioning Satellite (GPS) monitoring;
    ☐ (iv) Active Global Positioning Satellite (GPS) monitoring (including "hybrid" (Active/Passive) GPS);
    ☐ (v) Voice Recognition monitoring.

☒ (v)  take his house off the market (sales) and provide verification to PSH

(w) reside at the address provided to Pretrial Services.

AO 199 (EDMI 10/10) Order Setting Conditions of Release (AW)  Page 4 of 4

## ADVICE OF PENALTIES AND SANCTIONS

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (i.e., in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_Defendant's Signature_

### Directions to the United States Marshal

☐ The defendant is ORDERED released after processing.
☒ The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: 7/15/2011

_Judicial Officer's Signature_

Magistrate Judge R. Steven Whalen
_Printed name and title_

WHITE COPY – COURT   YELLOW – DEFENDANT   GREEN – PRETRIAL SERVICE   BLUE – U.S. ATTORNEY   PINK – U.S. MARSHAL