2:11-mj-30365-JU   Doc # 11   Filed 07/14/11   Pg 1 of 2   Pg ID 161




UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
JUL 1 4 2011
CLERK'S OFFICE
DETROIT

UNITED STATES OF AMERICA,

        Plaintiff

v.

SALEM ALSHDAIFAT,

        Defendant.

                                    /

**WAIVER OF RULE 5 AND 5.1 HEARINGS**
**(Excluding Probation Violation Cases)**

Case No. 11-30365
Originating No. 11-340

I understand that in the **Eastern District of New York,** charges are pending alleging violation of **Conspiracy to Smuggle Goods Into the United States, and False Statements** and that I have been arrested in this District and taken before a United States Magistrate Judge who informed me of my right to:

1. Retain counsel or request the assignment of counsel if I am unable to afford one.

2. Request transfer of the proceedings to this district pursuant to Fed. R. 20, in order to plead guilty.

3. Have an identity hearing to determine if I am the person named in the charge.

4. Have a preliminary examination (unless and indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me; the hearing to be held either in this district of the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

( )   identity hearing

( )   preliminary examination

(X)   identity hearing and have been informed I have no right to a preliminary hearing

( )   identity hearing but request a preliminary hearing to be held in the district of prosecution

and therefore consent to the issuance of an order requiring my appearance in the prosecuting district where the charges is pending against me.

_____         _____
Defendant   SALEM ALSHDAIFAT             Counsel for Defendant
Date:  7/14/11                            Date:  7/14/11