# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

UNITED STATES OF AMERICA,                    CRIMINAL NO. 11-30365

                            Plaintiff,                    ORIGINATING CASE NO. 11-340

vs.

SALEM ALSHDAIFAT,

                            Defendant.

_____/

## STIPULATION TO STAY ORDER SETTING CONDITIONS OF RELEASE

The United States of America and the Defendant SALEM ALSHDAIFAT agree to a stay

of the July 15, 2011 Order Setting Conditions of Release until July 20, 2011 at 5:00 p.m.


        Respectfully submitted,

s/ SARA D. WOODWARD         s/ CHRISTOPHER A. ANDREOFF w/permission
Sara D. Woodward (P73784)       Christopher A. Andreoff (10193)
Assistant United States Attorney    Jaffe Raitt Heuer & Weiss PC
211 West Fort Street, Suite 2001    27777 Franklin Road, Ste 2500
Detroit, MI 48226                Southfield, MI 48034
(313) 226-9180                  (248) 351-3000


July 18, 2011

1

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,                    CRIMINAL NO. 11-30365

                    Plaintiff,                    ORIGINATING CASE NO. 11-340

vs.

SALEM ALSHDAIFAT,

                    Defendant.

_____/

## <u>ORDER STAYING ORDER SETTING CONDITIONS OF RELEASE</u>

This matter coming before the court on the stipulation of the parties, it is hereby

**ORDERED** that the July 15, 2011 Order Setting Conditions of Release is further stayed

until July 20, 2011 at 5:00 p.m.

**IT IS SO ORDERED.**

                                          <u>s/R. Steven Whalen</u>
                                          United States Magistrate Judge

Entered: July 18, 2011