# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 11-30365 |
| Plaintiff, | ORIGINATING CASE NO. 11-340 |
| v. | |
| SALEM ALSHDAIFAT, | FILED JUL 2 0 2011 |
| Defendant. | CLERK'S OFFICE U.S. DISTRICT COURT EASTERN MICHIGAN |

## ORDER ALLOWING THE POSTING OF REAL PROPERTY TO SECURE BOND

This matter is before the Court on stipulation of the parties requesting the Court's permission pursuant to Local Rule 46.1(b)(2) to allow the Clerk of the Court to accept the posting of real property as collateral for a release bond, with the Court being duly advised of the circumstances. Accordingly,

IT IS HEREBY ORDERED that the Clerk of the Court may accept the posting of real property located in the Eastern District of Michigan, described as 5100 Deer Lake Circle, Orchard Lake, MI, 48323, as collateral for bond in the above-captioned matter.

**IT IS SO ORDERED.**

Honorable Stephen J. Murphy
United States District Court Judge

Dated: JUL 2 0 2011

1