# United States District Court
## Eastern District of Michigan



United States of America,

        Plaintiff,

Criminal No. 11-mj-30365

vs.

Salem Alshdaifat,

        Defendant.

Honorable

FILED
JUL 2 0 2011
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

## AGREEMENT TO ASSUME CUSTODY OF THE DEFENDANT

    I agree to assume custody of the defendant and to supervise him or her in accordance with this Court's bond order.

    I also agree to use every effort to assure the appearance of the defendant at all scheduled hearings in Court.

    I also agree to notify the Pretrial Services Agency (Telephone Number: (313) 234-5300) immediately if the defendant violates any condition of his or her release, or if the defendant decides to flee, or if the defendant disappears.

    I also agree to permit the defendant to reside in my home or at the address given to my supervising officer until the case is over or as directed by my supervising officer.

    I understand I cannot be forced to assume these obligations. I have assumed these obligations voluntarily. I agree to notify the Pretrial Services Agency if at any time for any reason I am no longer able to comply with this agreement. I understand and agree that it is in the defendant's best interest to appear in Court as required and to comply with the conditions of his or her bond.

    I have received a copy of this agreement, and a copy of this Court's bond order.

PATRICIA BUTERA
PRINT NAME

*Patricia Butera*
Signature of Third-Party Custodian

Date: July 19, 2011