2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATE OF AMERICA, | CRIMINAL NO. 11-30365 |
| Plaintiff, | Original District No.11-340 |
| v. | |
| SALEM ALSHDAIFAT, | FILED |
| Defendant. | JUL 2 0 2011 |
| _____/ | CLERK'S OFFICE U.S. DISTRICT COURT EASTERN MICHIGAN |

## ORDER TRANSFERRING DEFENDANT TO ANSWER
## TO CHARGES PENDING IN ANOTHER DISTRICT

This matter coming before the Court on the Government's Petition for Removal, for the reasons stated on the record and pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, it is hereby ordered that defendant **SALEM ALSHDAIFAT be transferred to the Eastern District of New York for further proceedings in the case of United States v. Salem Alshdaifat.** Defendant, who has been ordered released pursuant to the Bail Reform Act of 1984 (18 U.S.C. Section 3141 et seq.), shall appear at the following location at the following time: **United States District Court located at 225 Cadman Plaza East, Brooklyn, NY 11201, on August 19 at 11:00 a.m.**

-1-

If defendant fails to appear as directed, he will be subject to arrest, revocation of release, and detention, and he could be prosecuted and imprisoned for the crimes of bond jumping or contempt of court.  See 18 U.S.C. Sections 3146, 3148.

_____
HONORABLE

Dated: