UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

           Plaintiff(s),

v.                                                        Case No. 2:11−mj−30365−JU

Salem Alshdaifat,

           Defendant(s).

### NOTICE OF TRANSFER PURSUANT TO RULE 5(c)(3)(E) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

TO:  U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

    Enclosed are certified copies of the Order returning this case to your Court pursuant to Fed. R. Crim P. 5(c)(3)(E) and the docket sheet.  The case record is electronic and can be viewed at our Court's Intranet website via the J−Net.

    Please acknowledge receipt of this record by returning a time−stamped copy of this notice to:

> Clerk's Office
> U.S. District Court for the Eastern District of Michigan
> 231 W. Lafayette Blvd., 5th Floor
> Detroit, MI
> 48226
> (313) 234−5005

### Certification

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                        DAVID J. WEAVER, CLERK OF COURT

                                        By: s/ D. Worth
                                               Deputy Clerk

Dated:  July 21, 2011